KAMBER v. ROSEN et al.

(Supreme Court, Appellate Term.    February 27, 1906.)

GUARANTY—CREATION—ACCEPTANCE.

Guarantors were entitled to recall the guaranty any time before its acceptance.

[Ed. Note.—For cases in point, see vol. 25, Cent. Dig. Guaranty, § 8.]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Bernard Kamber against Max Rosen and another. From a judgment for plaintiff, defendants appeal. Reversed.

Argued before SCOTT, P. J., and GIEGERICH and GREEN-BAUM, JJ.

Isaac V. Schxavrien, for appellants.

PER CURIAM. We do not think that the guaranty ever became effective, because it was never accepted by plaintiff. The original guaranty was returned for the addition of a clause. Up to this time it certainly had not been accepted, and the guarantors had a right to recall it. This they unmistakably did. We do not consider that the minds of the parties ever met on the subject. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.